UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM FARRINGTON<br><br>                        Plaintiff,<br><br>- against -<br><br>SELL IT SOCIAL, LLC<br><br>                        Defendant. | Docket No. 18-cv-011696 (JPC) |

**[~~PROPOSED~~] DEFAULT JUDGMENT**

Upon consideration of the Plaintiff's motion for default judgment under Rule 55.2(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and the declaration of plaintiff's counsel Richard Liebowitz and exhibits attached thereto, the Statement of Damages and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED, ADJUDGED** and **DECREED** that:

1. Default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against defendant Sell it Social, LLC ("Defendant");

2. Defendant is to pay ~~$10,000.00~~ $2,000 in statutory damages under 17 U.S.C. § 504(c) for willful copyright infringement;

3. Defendant is to pay ~~$10,000.00~~ $2,500 in statutory damages under 17 U.S.C. § 1203(c)(3)(B) for unlawful removal and/or alteration of copyright management information;

4. Defendant is to pay $425.00 in attorneys' fees and $440.00 in costs under 17 U.S.C. § 1203(b)(5).

5. Defendant is to pay post-judgment interest under 28 U.S.C.A. § 1961;

6. the Court retains jurisdiction over any matter pertaining to this judgment;

7. this case is dismissed and the Clerk of the Court shall remove it from the Court docket.

New York, NY

Dated: December 21, 2020	**SO ORDERED.**

_____
John P. Cronan (U.S.D.J.)